
tabbies®
EXHIBIT
B



- GOLF COURSE
- RATES
- BOOK TEE TIMES
- THE WILDERNESS GRILL
- GROUP PACKAGES
- CALENDAR
- NEWS
- MONTHLY NEWSLETTER
- GIFT CARDS
- DODGE'S DIRT
- CONTACT US
- FORTUNE BAY RESORT CASINO




Newsletter Sign Up | Book Tee Times

Like 9 people like this. Be the first of your friends.

# Blog
Date : 8/31/2016
## Wedding Themes that are Perfect for Autumn

Spring and summer weddings are beautiful, but autumn weddings are positively enchanting. In northern Minnesota, where the autumn season inspires warmth, comfort, and charm, set your wedding against the woods of The Wilderness for a memorable event. Get inspired by these autumn wedding themes as you begin planning your celebration:



### Vintage Romance

For a soft and romantic celebration, infuse your wedding with vintage elements. Think about a palette of blush, champagnes, and ivories. Set up a Polaroid photo booth with suitcase props and floral petals strewn throughout your reception. For the bride's look, play around with ruby red lips, lace, pearls, and a birdcage veil. Tea length gowns—not too short, but not quite floor length— are perfect for bridesmaids. To personalize your banquet tables, set up framed photos of family weddings from different generations for that something old, yet still beloved.



The Wilderness at Fortune Bay
1450 Bois Forte Road | Tower, MN 55790 P: (218) 753 8917
Website Designed & Hosted By Cybergolf



KemperSports



ING TOOLS    VENUES    VENDORS    FORUMS    DRESSES    INSPIRATION    REGISTRY

Wedding Venues in Minneapolis, MN >



The Wilderness at Fortune Bay ♡ Favorite · ↻ Hired?

Write a Review
Tower, MN
☎ 218.753.8917   Message Vendor



📧 **Message Vendor**

First Name    Last Name
Email
Phone #    Wedding Date 📅
Write your message...

Preferred Contact Method:
⦿ Email  ○ Phone

**Request Pricing**

★ Write a Review
↻ Hired this Vendor?

Nearby Vendors to Consider    < >






